UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES FRANCES JOHNSON, and ROBIN LYNN JOHNSON, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | **JUDGMENT**<br>No. 2:13-CV-5-D |
| MATTHEW THOMAS KING, and MARK JAMALIAN KING, | ) ) ) ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for a trial by jury. The jury rendered a verdict.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Charles Francis Johnson is entitled to recover $65,000.00 from Matthew Thomas King and Mark Jamalian King for personal injury. It is further ordered, adjudged and decreed that Plaintiff Robin Lynn Johnson is entitled to recover $42,500.00 from Matthew Thomas King and Mark Jamalian King for personal injury.

**This Judgment Filed and Entered on May 8, 2015, and Copies To:**
Thomas Walker Farrell        (Via CM/ECF electronic notification)
Lawrence H. Brenner          (Via CM/ECF electronic notification)
Donald C. Prentiss           (Via CM/ECF electronic notification)

| | |
|---|---|
| DATE | JULIE RICHARDS JOHNSTON, CLERK |
| May 8, 2015 | By:   /s/ Courtney O'Brien   |
| | Deputy Clerk |